# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Shah, Manish S | 2. Court or Organization<br><br>U.S. District Court, Northern District of Illinois | 3. Date of Report<br><br>09/19/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active Status | 5a. Report Type (check appropriate type)<br>☑ Nomination    Date 09/19/2013<br>☐ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>08/31/2013 |

**7. Chambers or Office Address**

United States Attorney's Office
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shah, Manish S. | 09 19 2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section. (Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Northwestern University - salary |
| 2. 2013 | Northwestern University - salary |
| 3. 2013 | Cambridge University Press - book royalties |
| 4. 2013 | University of Pennsylvania - honorarium ($200) |
| 5. 2013 | Wiley-Blackwell - honorarium ($400) |

## IV. REIMBURSEMENTS - *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shah, Manish S. | 09 30 2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1 Exempt | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1 Sallie Mae | Education Loan | L |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shah, Manish S. | 09 19 2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Bank Account | A | Interest | K | T | Exempt | | | | |
| 2. American Century Equity Growth Fund | B | Distribution | L | T | | | | | |
| 3. American Century Growth Fund | B | Distribution | K | T | | | | | |
| 4. American Century One Choice 2040 Fund | A | Distribution | J | T | | | | | |
| 5. American Century Select Fund | B | Distribution | N | T | | | | | |
| 6. American Century Vista Fund | | None | K | T | | | | | |
| 7. Fidelity Balanced Fund | B | Dividend | L | T | | | | | |
| 8. Fidelity Cash Reserves | A | Dividend | L | T | | | | | |
| 9. Fidelity Focused Stock Fund | | None | J | T | | | | | |
| 10. Fidelity Select Software & Computer Services Portfolio | A | Dividend | K | T | | | | | |
| 11. Fidelity Freedom K 2035 Fund | A | Int./Div. | J | T | | | | | |
| 12. Merrill Lynch Cash Reserves | | None | J | T | | | | | |
| 13. TIAA-CREF Lifecycle 2035 Fund | A | Distribution | J | T | | | | | |
| 14. SC Deferred Comp AllianceBern Small Cap Growth Fund | | None | J | T | | | | | |
| 15. SC Deferred Comp SSgA Target Retirement 2040 SL Series II | | None | J | T | | | | | |
| 16. SC Deferred Comp T. Rowe Price Growth Fund | | None | J | T | | | | | |
| 17. American Funds Fundamental Investors | A | Dividend | J | T | | | | | |

1. Income Gain Codes      A - $1,000 or less        B - $1,001 - $2,500        C - $2,501 - $5,000        D - $5,001 - $15,000        E - $15,001 - $50,000
(See Columns B1 and D4)   F - $50,001 - $100,000    G - $100,001 - $1,000,000   H1 - $1,000,001 - $5,000,000   H2 - More than $5,000,000
2. Value Codes            J - $15,000 or less       K - $15,001 - $50,000       L - $50,001 - $100,000     M - $100,001 - $250,000
(See Columns C1 and D3)   N - $250,001 - $500,000   O - $500,001 - $1,000,000   P1 - $1,000,001 - $5,000,000   P2 - $5,000,001 - $25,000,000
                          P3 - $25,000,001 - $50,000,000                        P4 - More than $50,000,000
3. Value Method Codes     Q - Appraisal             R - Cost (Real Estate Only)   S - Assessment             T - Cash Market
(See Column C2)           U - Book Value            V - Other                   W - Estimated

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 18. | Aston Fairpointe Mid Cap Fund | A | Dividend | J | T | | | | | |
| 19. | Columbia Small Cap Core Fund Z | A | Dividend | J | T | | | | | |
| 20. | MFS Massachusetts Investors Growth Stock Fund | A | Dividend | J | J | | | | | |
| 21. | Oppenheimer International Growth Fund | A | Dividend | J | T | | | | | |
| 22. | T. Rowe Price Retirement 2010 Fund | A | Dividend | J | T | | | | | |
| 23. | T. Rowe Price Retirement 2040 Fund | A | Dividend | J | T | | | | | |
| 24. | VALIC Fixed Income | A | Interest | J | T | | | | | |
| 25. | Vanguard Health Care Fund | A | Dividend | J | T | | | | | |

1. Income Gain Codes
   (See Columns B1 and D4)
2. Value Codes
   (See Columns C1 and D3)
3. Value Method Codes
   (See Column C2)

| | | | | |
|---|---|---|---|---|
| A. $1,000 or less | B. $1,001 - $2,500 | C. $2,501 - $5,000 | D. $5,001 - $15,000 | E. $15,001 - $50,000 |
| F. $50,001 - $100,000 | G. $100,001 - $1,000,000 | H1. $1,000,001 - $5,000,000 | H2. More than $5,000,000 | |
| J. $15,000 or less | K. $15,001 - $50,000 | L. $50,001 - $100,000 | M. $100,001 - $250,000 | |
| N. $250,001 - $500,000 | O. $500,001 - $1,000,000 | P1. $1,000,001 - $5,000,000 | P2. $5,000,001 - $25,000,000 | |
| P3. $25,000,001 - $50,000,000 | P4. More than $50,000,000 | | | |
| Q. Appraisal | R. Cost (Real Estate Only) | S. Assessment | T. Cash Market | |
| U. Book Value | V. Other | W. Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Page 6 of 7

Shah, Manish S.

09 19 2013

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Manish S. Shah**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | | |
|---|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 36 | 224 | Notes payable to banks-secured | | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | | |
| Listed securities - see schedule | | 680 | 634 | Notes payable to relatives | | | | |
| Unlisted securities | | | | Notes payable to others | | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | | |
| Due from others | | | | Other unpaid income and interest | | | | |
| Doubtful | | | | Real estate mortgages payable - personal residence | | | 539 | 834 |
| Real estate owned - personal residence | | 690 | 000 | Chattel mortgages and other liens payable | | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | | |
| Autos and other personal property | | 85 | 000 | Education Loan | | | 70 | 220 |
| Cash value-life insurance | | | | | | | | |
| Other assets itemize: | | | | | | | | |
| Thrift Savings Plan | | 365 | 095 | | | | | |
| | | | | | | | | |
| | | | | Total liabilities | | | 610 | 054 |
| | | | | Net Worth | | 1 | 246 | 899 |
| Total Assets | 1 | 856 | 953 | Total liabilities and net worth | | 1 | 856 | 953 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? | | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | | No | | |
| Provision for Federal Income Tax | | | | | | | | |
| Other special debt | | | | | | | | |

I,     MANISH S. SHAH    , do swear that the information provided in this statement is, to the best of my knowledge, true and accurate.

SEPTEMBER 20, 2013
_____
(DATE)

_____
(NAME)

_____
(NOTARY)

OFFICIAL SEAL
PEGGY M. ZABINSKI
Notary Public - State of Illinois
My Commission Expires Jun 04, 2014